

FILED

06/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0323

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0323

FILED

JUN 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

J.E.S.,                                              O R D E R

A Youth in Need of Care.

---

Appellate Defender Chad Wright has asked this Court to permit an out-of-time appeal for Respondent/Appellant A.B.S. from the Order terminating parental rights entered April 23, 2020, by the Ninth Judicial District Court, Glacier County, in Cause No. DN 16-21. The Attorney General's Office has been contacted and takes no position on this request.

An out-of-time appeal is allowed when "extraordinary circumstances amounting to a gross miscarriage of justice" may arise. M. R. App. P. 4(6). The petition filed in this matter raises sufficient grounds to constitute the extraordinary circumstances justifying an out-of-time appeal.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Office of Appellate Defender shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 23rd day of June, 2020.

_____

_____

_____

_____
Justices